# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| Jeffrey Jenkins,<br><br>      Plaintiff,<br><br>vs.<br><br>Lowe's Home Centers, LLC<br><br>      Defendant. | )<br>)<br>)<br>)<br>)   Case No. 3:19-cv-00171-TAV-HBG<br>)   JURY DEMANDED<br>)<br>)<br>) |

---

## PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO DEFENDANT LOWE'S HOME CENTERS LLC

---

COMES now the Plaintiff, by and through counsel, does hereby give Notice that Plaintiff served his First Set of Interrogatories and Request for Production upon the Defendant via U.S. Mail.

RESPECTFULLY, submitted, this 21 day of June, 2019.

                                                      */s/*
                                        James A.H. Bell, BPR #000775
                                        Jacob Feuer, BPR #33715
                                        Chelsea A. Harris, BPR #34512
                                        Law Offices of James A.H. Bell, P.C.
                                        10 Emory Place
                                        Knoxville, Tennessee 37917
                                        (865) 637-2900
                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document will be served upon counsel of record by the United States Mail, postage prepaid, addressed as follows:

Rick Apperson
Spicer Rudstrom, PLLC
800 South Gay Street, Suite 1400
Knoxville, TN 37929
*Attorney for Defendant*

This ___ day of June, 2019

_____
James A. H. Bell